**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 25, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00144-CV

---

### IN RE VICKI NELSEN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1061520**

---

## MEMORANDUM OPINION

On February 14, 2020, relator Vicki Nelsen filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lesley Briones, presiding judge of the County Civil Court at Law No. 4 of Harris County, to vacate her October 14, 2019 order granting Plaintiffs' motion for new trial.

Because relator has failed to show she is entitled to mandamus relief, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.